

**NUMBER 13-07-00006-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JUAN ANTONIO CHAVEZ,** 　　　　　　　　　　　　　　　　**APPELLANT,**

**v.**

**APPOLLONIA CHAVEZ,** 　　　　　　　　　　　　　　　　**APPELLEE**.

---

**On Appeal from the 319th District Court
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This appeal arises from an order denying a bill of review. On January 12, June 27, and July 13, 2007, the Clerk of this Court advised pro se appellant, Juan Antonio Chavez, that his notice of appeal failed to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 25.1(d), (e). The Court requested correction of the defective notice of

appeal within ten days and advised appellant that the appeal would be dismissed if the defect was not corrected. *See id.* 42.3((b),(c). To date, appellant has failed to respond to the Court's notices and has failed to correct the notice of appeal. Appellant has further failed to pay required fees as directed by the Clerk of the Court.

Accordingly, the appeal is DISMISSED for want of prosecution and failure to comply with notices from the Court. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered
and filed this the 10th day of April, 2008.